28 So.3d 913 (2010)
Kenneth M. COX, Appellant,
v.
STATE of Florida, Appellee.
No. 5D09-4233.
District Court of Appeal of Florida, Fifth District.
January 19, 2010.
Rehearing Denied February 25, 2010.
Kenneth M. Cox, Sneads, pro se.
Bill McCollum, Attorney General, Tallahassee, and Bonnie Jean Parrish, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See § 948.06(2)(b), Fla. Stat. (2009).
LAWSON, EVANDER and COHEN, JJ., concur.